**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| *MIKE BAUMANN, INDIVIDUALLY AND* | ) | |
| *AS INDEPENDENT ADMINISTRATOR OF* | ) | |
| *THE ESTATE OF LORA MAE BAUMANN,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Cause No. 3:18-cv-1786 |
| v. | ) | |
| | ) | |
| *CALHOUN NURSING AND* | ) | |
| *REHABILITATION CENTER, LLC.,* | ) | |
| | ) | |
| Defendant. | ) | |

---

### CORPORATE DISCLOSURE STATEMENT BY CALHOUN NURSING AND REHABILITATION CENTER, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1

COMES NOW Defendant Calhoun Nursing and Rehabilitation Center, LLC, by and through its attorneys Sandberg Phoenix & von Gontard P.C., and for its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1, states as follows:

Calhoun Nursing and Rehabilitation Center, LLC, is not a "corporation" and has no parent corporation. Calhoun Nursing and Rehabilitation Center, LLC, is a limited liability company that consists of two managers: Norbert A. Bennett and Donald T. Denz. No publicly held corporation owns 10% or more of Calhoun Nursing and Rehabilitation Center, LLC.

10322270.1

SANDBERG PHOENIX & von GONTARD P.C.

By: */s/ Stephen M. Strum*_____
     Stephen M. Strum, #6200251
     Jonathan W. McCrary, #6314603
     600 Washington Avenue
     15th Floor
     St. Louis, Missouri 63101-1880
     314-231-3332
     314-241-7604 (Fax)
     E-mail:  sstrum@sandbergphoenix.com
               jmccrary@sandbergphoenix.com

     *Attorneys for Defendant*
     *Calhoun Nursing and Rehabilitation Center, LLC*

## **Certificate of Service**

    I hereby certify that on the 3rd day of October, 2018, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following:

Kenneth B. Graves
Graves Law Office
938 South Fourth Street
Springfield, IL   62703
kengraves@kengraveslaw.com
kengraves@driveagainnow.com

                       */s/ Stephen M. Strum*_____

10322270.1