IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MIKE BAUMANN, *individually and as Independent Administrator of the Estate of Lora Mae Baumann*,

Plaintiff,

v.

CALHOUN NURSING AND REHABILITATION CENTER, LLC,

Defendant.

Case No. 18-cv-1786 JPG

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: December 23, 2019**       MARGARET M. ROBERTIE, Clerk of Court

                                                                  **s/Tina Gray, Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
                      **J. PHIL GILBERT**
                      **DISTRICT JUDGE**